# Court of Appeals
# of the State of Georgia

ATLANTA,  February 22, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0974.  BOBBY J. ROGERS v. THE STATE.**
**A18A0975.  BOBBY J. ROGERS v. THE STATE.**

In 2009, Bobby J. Rogers pleaded guilty to burglary and was sentenced to a term of probation. In 2016, Rogers pleaded guilty to attempted possession of a firearm by a felon and possession of methamphetamine in Tennessee. Based on Rogers's 2016 convictions and his failure to pay court-ordered fines and fees, the State filed a petition to revoke his probation, which the trial court granted. The trial court ordered Rogers confined for ten years. Rogers thereafter filed a motion to reduce or modify his sentence, arguing that the trial court was only authorized to revoke two years of his probation. The trial court denied the motion, and in Case No. A18A0974, Rogers appeals from the denial of his motion to modify his sentence. Following the revocation of his probation, Rogers also filed in the trial court a motion for credit for time served. The trial court also denied this motion, and Rogers appeals from that order in Case No. A18A0975.

"In determining the proper procedure to follow in pursuing an appeal, the underlying subject matter generally controls over the relief sought." *Self v. Bayneum*, 265 Ga. 14, 14-15 (453 SE2d 27) (1995). Because the underlying subject matter of both appeals is the revocation of Rogers's probation, he was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999); *White v. State*, 233 Ga.

App. 873, 874 (505 SE2d 228) (1998). We lack jurisdiction over these direct appeals, which are therefore DISMISSED. Appellant's motion to consolidate cases A18A0974 and A18A0975 and his motions for extension of time to file his enumerations of error and briefs are hereby DENIED AS MOOT.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,　02/22/2018　　　　*
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*